**UNITED STATES DISTRICT COURT**

**WESTERN DISTRICT OF LOUISIANA**

| | | |
|---|---|---|
| **IN RE:** | * | **2:23-MC-00049-JDC-KK** |
| **ZACH MOSELEY** | * | **JUDGE CAIN** |
| | * | **MAGISTRATE JUDGE KAY** |

\* \* \*

**CERTIFICATION OF JOHN ZACHARY MOSELEY**

I, John Zachary Moseley, do hereby swear, affirm, and attest that I read the transcript of the October 20, 2022, motion hearing before the Honorable James D. Cain, Jr. held in the following matters:

*Weatherall* (Docket Nos. 2:22-cv-3096, 2:22-cv-4322);

*Poullard* (Docket Nos. 2:22-cv-4032, 2:22-cv-4724);

*Leday* (Docket No. 2:22-cv-4169);

*Morse* (Docket No. 5:22-cv-4970);

*Hataway* (Docket No. 1:22-cv-4740);

*Zeno* (Docket No. 6:22-cv-4565);

*Dyer* (Docket No. 5:22-cv-4961);

*Joubert* (Docket Nos. 6:22-cv-5497, 6:22-cv-5500, 6:22-cv-5501, 6:22-cv-5503, 6:22-cv-5510).

as ordered by this Honorable Court on April 26, 2023.

J. Zachary Moseley